```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NATALIE R. FOERSCH,
```
**ORDER**
06CV1044 (DRH) (MLO)

                Plaintiff,

    -against-

CHRISTOPHER NORRIS AND
HYACINTH TOBIAS

               Defendants.
----------------------------------------------------------------X

**HURLEY, District Judge:**

       On May 9, 2007 U.S. Magistrate Judge Michael Orenstein issued a Report and Recommendation that 1) Plaintiff be granted an extension of time to serve the summons and complaint upon the defendants; 2) the service effected upon Defendants on April 9, 2007 be deemed completed; and 3) that Defendants' time to answer commence upon confirmation of the Report and Recommendation. On May 18, 2007, Defendants were served with a copy of the Report and Recommendation. More than fifteen days have elapsed since service of the Report and Recommendation, and neither party has filed any objections to it.

       Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, this Court adopts the May 9, 2007 Report and Recommendation of Judge Orenstein as if set forth herein.

       IT IS HEREBY ORDERED that 1) plaintiff's motion for an extension of time to serve the

summons and complaint is granted; 2) the service effected upon Defendants on April 9, 2007 be deemed complete; and 3) Defendants' time to answer commence to run from the date of this Order.

**SO ORDERED.**

Dated: Central Islip, N.Y.
      June 5, 2007                                         /s/
                                                        Denis R. Hurley,
                                                        United States District Judge